UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LINWOOD C., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )  1:22-CV-00013-LEW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
|     Defendant | ) |

## ORDER ACCEPTING RECOMMENDED DECISION

On October 18, 2022, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on November 1, 2022, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 20) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Court vacates the administrative decision and remands the matter for further proceedings.

**SO ORDERED.**

Dated this 6th day of December, 2022.

                                          /s/ Lance E. Walker
                                      UNITED STATES DISTRICT JUDGE